SCANNED at BCF and Emailed on
9/22/22 by Pm - 23 pages.
(date)   (initials)  (num)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

FILED
09/22/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding.</u> If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| NAME (under which you were convicted): | CASE NO. [For a new case in this court, leave blank. The Court will assign a case number.] |
|---|---|
| Robert M Judd JR | |
| Place of Confinement: | Earliest Possible Release Date: |
| Branchville Correctional Facility | 06-27-2027 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>EVERYTHING</u> you send to the Court for this case. <u>DO NOT</u> send more than one copy of anything to the Court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: **Branchville Correctional Facility**
   Date of Hearing: **03 / 4 / 2022**. Case Number: **BTC 22-03-0032**
   Offense: **Violation of Law - Conspiracy / Attempting / Aiding or Abetting**
   Code #: **100-A / 111-A** Did you plead guilty? ☐ Yes ☒ No

2. Lost earned credit time? ☒ Yes ☐ No, I lost **90** days earned credit time.
   Was the loss of earned credit time suspended? ☐ Yes ☒ No, It was suspended until: **NA / NA / NA**.
   If suspended, has it been imposed? ☐ Yes ☐ No, It was imposed on: **NA / NA / NA**.

3. Demoted in credit class? ☐ Yes ☐ No, I was demoted from class **B** to Class **C**.
   Was the demotion suspended? ☐ Yes ☒ No, It was suspended until: **NA / NA / NA**.
   If suspended, has it been imposed? ☐ Yes ☐ No, It was imposed on: **NA / NA / NA**.

4. Appealed to the Superintendent? ☒ Yes ☐ No, the result was: **Appeal was Denied**

5. Appealed to final reviewing authority? ☒ Yes ☐ No, the result was: **offense was modified**

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☐ Yes ☒ No, case number: _____

7. Are you paying the $5.00 filing fee?
   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☐ Yes, the money will be paid for me by: **offender trust fund**
   ☐ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.]

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.

GROUND ONE: [Briefly describe your claim.] The test by oii showed Negative for any presents of a Drug

SUPPORTING FACTS: [Do not argue or cite law. Just state the specific facts that support your claim.]
Oii tested the item or what looked like a piece of Suboxone or maybe a piece of a unknown pill and it showed Negative for anything that was a drug. They even tested it for Suboxone which that was what the officer said it looked like and what they said it was but showed Negative for any drugs. The Appeal Review officer Matthew Brown modified the offense to a B231 Intoxicating Substance which is (e.g., alcohol, inhalants or chemical-soaked paper) what they found is not any of the above. What the officer found does not fit any of the above descriptions so it is not a Intoxicating Substance

Did you present Ground One to the final reviewing authority? ☒ Yes ☐ No, because _____

GROUND TWO: [Briefly describe your claim.] The Video evidence showed I followed Sgt. Williams commands.

SUPPORTING FACTS: [Do not argue or cite law. Just state the specific facts that support your claim.]
The Video evidence shows me sitting on a property box by bunk A-4-6 with another offender Sgt Williams is seen approaching me from behind and he tells me to stand up which I follow that command. Then ask me to open my left hand I follow his command He said he sees something fall to the floor. Sgt Williams is seen immediately reaching and found something. He is seen in the video grabing something off the floor. Sgt Williams is then seen carrying Something out of the Cube that is the evidences he found. The evidence was given to Oii to be tested

Did you present Ground Two to the final reviewing authority? ☒ Yes ☐ No, because _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE:** [Briefly describe your claim.] I am not the one that possessed the Suboxone that other offender was the one that was found guilty of B conduct report

**SUPPORTING FACTS:** [Do not argue or cite law. Just state the specific facts that support your claim.] Ramirez-Martinez Francesco 268927 was never charged with and A offense so I never should even been charged with a class A offense. Down state which is the Appeal Review officer. He dropped the charge to a lesser offense. But I did not possess anything that was drug or anything that was a Intoxicating Substance. When the review officer did modified the offense to a B 231 the sanctions stayed the same. I did not do anything to receive a class A offense or a class B offense. I believe case Number 22-03-0032 should be overturned and the sanctions as well as my rescinded good time to be restored to its previous status

Did you present Ground Three to the final reviewing authority? ☒ Yes   ☐ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☒ Report of Conduct
☒ Screening Report
☒ Report of Disciplinary Hearing
☒ Letter from the Final Reviewing Authority
☒ Other relevant documents: Video Evidence, witness statements, Appeals pictures Notice of Restrictions, confisated property, petition for review for rescinded time, Fest from oII

## RELIEF

I ask for the following relief: I am asking for case Number 22-03-0032 to be overturned and throwen out. The sanctions as well as my rescinded good time to be restored to its Previous status or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ____/____/20___ at _____ am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true.

_____          _____
Signature                                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]