UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT M. JUDD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-00148-RLY-MPB |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

The court having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. The petition for a writ of habeas corpus is **dismissed without prejudice for**

**lack of jurisdiction**.

Date: _1/19/2023_

ROGER A.G. SHARPE, Clerk of Court

By: _Dina M. Dale_
    Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT M. JUDD
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
BRANCHVILLE, IN 47514
Electronic Service Participant – Court Only

Marjorie H. Lawyer-Smith
INDIANA ATTORNEY GENERAL
marjorie.lawyer-smith@atg.in.gov